**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                  : BR NO. 18-18360
WILLIAM CHEAYE                          :
       Debtor.                          : Chapter 13

**CERTIFICATION OF NO OBJECTION**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on May 12, 2019, true and correct copies of the Notice of Filing of Application for Allowance of Compensation pursuant to L.B.R. 2016-2 were served on all appropriate parties. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time.

Date: 7/10/19                           /s/Timothy Zearfoss_____
                                        Timothy Zearfoss, Esquire
                                        143-145 Long Lane
                                        Upper Darby, PA 19082
                                        (610)734-7001