**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                          : BR NO. 18-18360
WILLIAM CHEAYE                  :
        Debtor.                 : Chapter 13
```

## O R D E R

AND NOW, this ____ day of _____, 2019, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $3000.00, for total compensation of $4000.00, in the above-captioned matter.

BY THE COURT:

_____
J.

**Date: July 11, 2019**