**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 18-18360 |
| WILLIAM CHEAYE | : |
| Debtor. | : Chapter 13 |

**CERTIFICATION OF NO RESPONSE**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on January 31, 2020, true and correct copies of the Notice of Motion and Motion to for Alternative Disbursement were served on all appropriate parties. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time, and the motion is therefore unopposed.

Date: 2/29/20                           /s/Timothy Zearfoss_____
                                        Timothy Zearfoss, Esquire
                                        143-145 Long Lane
                                        Upper Darby, PA 19082
                                        (610)734-7001