**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 18-18360 |
| WILLIAM CHEAYE | : |
| Debtor. | : Chapter 13 |

### O R D E R

AND NOW this <u>4th</u> day of <u>March</u>, 2020, upon consideration of Timothy Zearfoss, Esquire's Motion for Alternative Disbursement and after hearing held thereon, it is ORDERED ~~AND DECREED~~ that:

The Motion is granted and the Chapter 13 trustee shall not refund the undisbursed funds held by him to the debtor but shall rather disburse the funds to debtor's attorney, Timothy Zearfoss, Esquire pursuant the Order for Allowance of Compensation entered by this Court July 11, ~~2020~~ 2019.

BY THE COURT:

_____
Judge FitzSimon        J.