Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-18360-AMC**

WILLIAM  CHEAYE
118 S VALLEY ROAD
PAOLI  PA    19301-9301

Petition Filed Date: 12/20/2018
341 Hearing Date: 02/01/2019
Confirmation Date: 07/10/2019

Case Status: Dismissed After Confirmation on 1/15/2020

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $300.00 | 25631856562 | 02/20/2019 | $300.00 | 6804012929 | 04/15/2019 | $300.00 | 25624718324 |
| 04/15/2019 | $300.00 | 25624718335 | 05/20/2019 | $300.00 | 25624719630 | 07/30/2019 | $300.00 | 6804002344 |
| 08/13/2019 | $300.00 | 6804002354 | 11/13/2019 | $300.00 | 6603106455 | 12/26/2019 | $300.00 | 6603117790 |
| 02/19/2020 | $300.00 | 6603106757 | | | | | | |

**Total Receipts for the Period: $3,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $10,109.76 | $0.00 | $10,109.76 |
| 5 | US DEPT OF HUD »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $684.40 | $0.00 | $684.40 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $2,619.36 | $0.00 | $2,619.36 |
| 4 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $29,643.38 | $0.00 | $29,643.38 |
| 6 | TIMOTHY ZEARFOSS  ESQ »» 006 | Attorney Fees | $3,000.00 | $2,192.70 | $807.30 |

**Chapter 13 Case No. 18-18360-AMC**

---

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $631.61 |
| Paid to Claims: | $2,192.70 | Arrearages: | $0.00 |
| Paid to Trustee: | $259.50 | Total Plan Base: | $35,906.94 |
| Funds on Hand: | $547.80 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

---